1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **WESTERN DIVISION**

11  GABRIEL OGUNDELE,                    )  Case No.: CV 06-6152 (MAN)
                                         )
12             Plaintiff,                )  [PROPOSED] ORDER AWARDING
                                         )  EQUAL ACCESS TO JUSTICE ACT
13        vs.                            )  ATTORNEY FEES PURSUANT TO
                                         )  28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,                   )
    Commissioner of Social Security,     )
15                                       )
               Defendant.                )
16  _____ )

17        Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19  Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the

20  amount of three thousand two hundred fifty dollars, ($3,250), as authorized by 28

21  U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

22  DATE: July 7, 2008

23                        _____/s/_____

24                        THE HONORABLE MARGARET A. NAGLE
                          UNITED STATES MAGISTRATE JUDGE

25

26